IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CODY BRADLEY                                                                    PLAINTIFF

              v.                      Civil No. 05-4032

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                        DEFENDANT

**JUDGMENT**

On this 7th day of July, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Charles Barnette, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $1,344.00 under *28 U.S.C. § 2412*.

     IT IS SO ORDERED.

                                                /s/ Bobby E. Shepherd
                                              HONORABLE BOBBY E. SHEPHERD
                                              UNITED STATES MAGISTRATE JUDGE